# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## OWENSBORO DIVISION

WILLIAM RANDALL LOGSDON,     )
                                           )
               Plaintiff,           )
                                           )
                                         )  No. 4:16-cv-137-HBB
       vs.                           )
                                         )
MSCB, INC.                        )
                                         )
             Defendant,       )

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Plaintiff, William Randall Logsdon, by counsel, and Defendant, MSCB, Inc., by counsel, having filed with this Court their Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action be and the same is hereby dismissed, with prejudice.

Dated:_____

_____
Judge, U.S. District Court

**DISTRIBUTION:**

Daniel M. Spector
CONSUMER LAW PARTNERS, LLC
435 North Michigan Avenue, Suite 1609
Chicago, IL 60611
Email: Daniel.s@consumerlawpartners.com

David W. Edwards
LAW OFFICE OF DAVID W. EDWARDS
P.O. Box 326
Paris, TN 38242
Email:
david.edwards@edwardsdaniellaw.com